**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| APPEAL OF G.S., A MINOR, BY AND THROUGH HIS PARENTS, ERIN AND JASON SNYDER FROM THE DECISION BY THE ROSE TREE MEDIA SCHOOL DISTRICT, A LOCAL AGENCY | : : : : : : : : | No. 61 MAL 2022<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: ROSE TREE MEDIA SCHOOL DISTRICT | : : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.